**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANTHONY THRASH *et al.*  PLAINTIFFS
ADC #94228

V.                      NO: 5:09CV00095 BSM/HDY

DAVID WHITE *et al.*                          DEFENDANTS

## ORDER

On June 15, 2010, Plaintiff Anthony Thrash filed a motion for Walter Craig Lambert to be removed as counsel of record for Plaintiffs, and for them to be allowed to proceed *pro se* (docket entry #26). Although the motion indicates it is filed by both Anthony Thrash and Plaintiff Jean Thrash, it was not signed by Jean Thrash, and Jean Thrash has filed nothing to indicate that she joins in the motion. Accordingly, if Jean Thrash seeks to join in the motion, she is directed to file, no later than 14 days after the entry of this order, a statement indicating her desire to do so. The Clerk is directed to forward a copy of this order to both Anthony Thrash, and Jean Thrash, as well as all counsel of record.

IT IS SO ORDERED this  7  day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE