UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTHONY THRASH et al.**
**ADC #94228**                                                                                                 **PLAINTIFFS**

**v.**                     **CASE NO: 5:09cv00095 BSM**

**DAVID WHITE et al.**                                                                              **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young and the objections filed have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiffs' complaint is DISMISSED WITH PREJUDICE.

DATED this 27th day of May, 2011.

                                                                                              _____
                                                                                              UNITED STATES DISTRICT JUDGE