# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANTHONY THRASH et al.**
**ADC #94228**                                                                                                     **PLAINTIFFS**

**v.**                    **CASE NO: 5:09cv00095 BSM**

**DAVID WHITE et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice. The relief sought is denied.

DATED this 27th day of May, 2011.

                                                  _/s/ Brian S. Miller_
                                                  UNITED STATES DISTRICT JUDGE